UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYRONE TATE                                               CIVIL ACTION

VERSUS                                                    NO. 06-123

EDDIE JORDAN, ORLEANS PARISH                              SECTION "I" (1)
DISTRICT ATTORNEY

**ORDER AND REASONS**

Before the Court is a motion to reconsider filed by *pro se* petitioner, Tyrone Tate, a pre-trial detainee presently detained at the Winn Correctional Center in Winnfield, Louisiana.[1] The Court dismissed Washington's application for writ of *habeas corpus*, without prejudice, because of a lack of jurisdiction pursuant to 28 U.S.C. § 2241(d).[2] For the following reasons, the motion is **DENIED.**

Petitioner's motion to reconsider further evidences that he was not convicted or sentenced in the Eastern District of Louisiana, and that he was not incarcerated in this district at

---

[1] Rec. Doc. No. 1.

[2] Rec. Doc. No. 2. The Court did not address the merits of petitioner's application for writ of *habeas corpus*.

the time he filed his *habeas* application.  In fact, petitioner is still confined in Winn Parish at the Winn Correctional Center in Winnfield, Louisiana, which is within the boundaries of the United States District Court for the Western District of Louisiana.  *See* 28 U.S.C. § 98(c).

Petitioner has failed to provide the Court any basis on which to reconsider its determination that the Eastern District of Louisiana lacks jurisdiction over his § 2241 petition.  The Court notes, however, that it dismissed Tate's petition *without prejudice*, and that petitioner may re-file his petition in the proper forum.  Accordingly,

**IT IS ORDERED** that the motion to reconsider filed by Tyrone Tate is **DENIED.**

New Orleans, Louisiana, March __15th__, 2006.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

-2-